JOSH NEWTON (CA Bar No. 300264)
jn@karnopp.com
BEN ECKSTEIN (OR Bar No. 175090)
be@karnopp.com
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC TIMBER PURCHASERS' GROUP, an Oregon nonprofit corporation; SIERRA PACIFIC INDUSTRIES, a California stock corporation; and TIMBER PRODUCTS CO. LIMITED PARTNERSHIP, an Oregon limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, in his official capacity; and TED MCARTHUR, Forest Supervisor, Six Rivers National Forest, United States Forest Service, in his official capacity,<br>Defendants. | Case No. 2:19-cv-01647-MCE-KJN<br><br>ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER AND STAYING CASE |

1.

On November 21, 2019, Plaintiffs and Defendants jointly moved the Court for an order modifying the Initial Pretrial Scheduling Order, dated August 23, 2019 ("Pretrial Order").

2.

Being fully advised, the Court hereby finds and orders as follows:

a. The parties' motion for an order modifying the Pretrial Order was made in good faith and for good cause; and

b. Case No. 2:19-cv-01647-MCE-KJN is stayed until further notice.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE